

November 24, 2010

Benjamin E. Russ
*Division Counsel - Southern Division*

**VIA U.S. MAIL**

Mr. Andre P. LaPlace
2762 Continental Drive
Baton Rouge, LA 70808

RE:  Demand for Payment of Royalties (Jewel Williams)
     Owner No. 793907

Mr. LaPlace:

We carefully reviewed your letter dated October 25, 2010, demanding payment of "unpaid and underpaid royalties" on behalf of Jewel Williams, as well as the various allegations of self dealing concerning the marketing and sale of gas produced from units in which Ms. Williams is a part. Based on the terms of the Oil, Gas and Mineral Lease dated April 24, 2009, between your client, Jewel Williams, and Chesapeake Louisiana, L.P. ("Chesapeake") (the "Lease"), and a review of the payments made to Ms. Williams to date, Chesapeake is in compliance with its obligations and no "unpaid or underpaid royalties" are currently outstanding.

As to the various allegations of self dealing, Chesapeake Energy Marketing Inc., (CEMI), a wholly-owned subsidiary of Chesapeake Energy Corporation ("Chesapeake Energy"), provides natural gas marketing services including commodity price structuring, contract administration and nomination services for Chesapeake Energy and its partners. CEMI purchases natural gas from Chesapeake Operating, Inc. ("COI"), and sells downstream at multiple sales points throughout the country based on contractual and spot market conditions. Examples of multiple sales points include interstate and/or intrastate pipelines, local gas distribution companies and large volume natural gas users. Before natural gas is delivered to a sales point, post-production processes take place including gathering produced natural gas from the wellhead, compressing, processing and treating the gathered gas. All of these post-production processes are considered costs for which royalty owners, like Ms. Williams, are charged only their proportionate share required to deliver natural gas to these sales points. Ms. Williams's royalty payments are based on the <u>exact</u> amount that CEMI receives for natural gas sold to <u>non-affiliated third parties</u>, less her proportionate share of post-production costs.

In addition, enclosed please find a copy of the October 20, 2010 dismissal of *Robyn Coffey v. Chesapeake Exploration, L.L.C. and Chesapeake Operating, Inc.*, Civil Action No. CIV-10-1054-C, originally filed on September 27, 2010, in the United States District

Court for the Western District of Oklahoma. I thought you would be interested in this dismissal and the fact that it occurred less than thirty (30) days after its filing, considering the majority of your letter is pulled directly from this complaint.

Please feel free to contact me if you would like to discuss further.

Regards,

Benjamin E. Russ

Enclosure